IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHELE LONG, : No. 3:17cv231
    Petitioner :
: **(Judge Munley)**
  v. :
:(Chief Magistrate Judge Schwab)
LEBANON COUNTY PROBATION :
DEPARTMENT, ET AL., :
    Respondents :
::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 13th day of May 2019, it is hereby **ORDERED** as follows:

1) Petitioner's objections (Doc. 19) are **OVERRULED**;

2) The report and recommendation (Doc. 18) is **ADOPTED**;

3) Michele Long's petition for a writ of habeas corpus under 28 U.S.C. § 2254 is **DENIED**;

4) For the reasons set forth in the accompanying memorandum, we decline to issue a certificate of appealability; and

5) The Clerk of Court is directed to close this case.

                                         **BY THE COURT:**

                                         **s/ James M. Munley**
                                         **JUDGE JAMES M. MUNLEY**
                                         **United States District Court**